UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:09-00138 |
| | ) | JUDGE HAYNES |
| DEREK LAMONT BROWN | ) | |

### MOTION TO SET SENTENCING HEARING

Defendant, Derek Brown, respectfully moves the Court for an Order setting the sentencing hearing in this matter in the middle of December. The United States Probation Office has advised that the pre-sentence investigation report will be printed in sufficient time for a hearing at this time.

*[Handwritten annotation: Granted. The motion is granted. The hearing is set for December 14, 2012 at 10:00 am. William J. Haynes, Jr. 10-22-12]*

Respectfully submitted,

/s  James W. Price, Jr.
James W. Price, Jr., #3538
Attorney for Defendant
Suite 1800, 201 4th Avenue North
Nashville, TN 37219
TEL: (615) 244-5772

### CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing document was delivered by electronic court filing or first class mail on this the 18th day of October, 2012, to Ms. Lynn Ingram, Assistant U.S. Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, TN 37203.

/s  James W. Price, Jr.
James W. Price, Jr.